IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BULENT USLU,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No.: 24-cv-5482 |
| | : | |
| **KEVIN EVANS, et al.,** | : | |
| **Defendants.** | : | |

**O R D E R**

**AND NOW**, this ___31ST___ day of January, 2025, upon consideration of Defendants' Motion to Dismiss Count II of Plaintiff's Amended Complaint Against Defendant Drivetime Car Sales Company, LLC (Drivetime), Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 14), and Plaintiff's response thereto (ECF No. 17), and Defendants' reply (ECF No. 18), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED**.  The dismissal of Count II shall be without prejudice to Plaintiff's right to timely seek amendment to reinstate the claim if he can allege sufficient facts to support it.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge